*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 21, 2016                    521658
_____

In the Matter of SHERMAN
    WALKER,
                        Appellant,

        v
                                              MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                        Respondents.
_____

Calendar Date:  February 23, 2016

Before:  Lahtinen, J.P., McCarthy, Lynch and Devine, JJ.

                        _____

        Sherman Walker, Albion, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Frederick
A. Brodie of counsel), for respondents.

                        _____

        Appeal from a judgment of the Supreme Court (Elliott III,
J.), entered March 9, 2015 in Albany County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of the Board of Parole
denying petitioner's request for parole release.

        Petitioner commenced this CPLR article 78 proceeding
challenging a 2014 determination of the Board of Parole that
denied his request for parole release.  The Attorney General has
advised this Court that petitioner reappeared before the Board in
February 2016 and his request for parole release was again
denied.  Accordingly, the appeal from the dismissal of this
proceeding is moot and, as the narrow exception to the mootness

doctrine is inapplicable, it must be dismissed (see Matter of Franko v Department of Corr. & Community Supervision, 126 AD3d 1193, 1193 [2015]; Matter of Mance v Evans, 119 AD3d 1316, 1316 [2014]).

Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court